## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ANDRE WHITEHEAD, | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 922(q)(2)(A) and 924(a)(4) |
| Defendant. | : | (Unlawful Possession of a Firearm in a |
| | : | School Zone) |
| | : | 22 D.C. Code § 4503(a)(1), (b)(1) |
| | : | (Unlawful Possession of a Firearm |
| | : | (Prior Conviction)) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d), 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 29, 2021, within the District of Columbia, **ANDRE WHITEHEAD**, did knowingly possess a firearm, that is, a Ruger SR45 .45 caliber handgun, serial number 380-68649, that had moved in and affected interstate and foreign commerce, within a distance of 1,000 feet of the grounds of Ross Elementary School, a place that the defendant knew and had reasonable cause to believe was a school zone.

(**Unlawful Possession of a Firearm in a School Zone**, in violation of Title 18, United States Code, Sections 922(q)(2)(A) and 924(a)(4))

## COUNT TWO

On or about September 29, 2021, within the District of Columbia, **ANDRE WHITEHEAD,** knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, owned, kept, and had within his possession and control, a firearm.

> **(Unlawful Possession of a Firearm (Prior Conviction),** in violation of Title 22, D.C. Code, Section 4503(a)(1), (b)(1))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to, Ruger SR45 .45 caliber handgun, and 5 rounds of .45 caliber ammunition.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*

Attorney of the United States in
and for the District of Columbia