AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>**ANDRE WHITEHEAD**<br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case: 1:23-cr-23<br>Assigned To: Judge Randolph D. Moss<br>Assign. Date: 1/19/2023<br>Description: INDICTMENT (B)<br>Case Related to 22-cr-289 (RDM) |

## ARREST WARRANT

**To:**     Any authorized law enforcement officer

       **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    **ANDRE WHITEHEAD**                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

   18 USC §§ 922(q)(2)(A) and 924(a)(4) – UNLAWFUL POSSESSION OF A FIREARM IN A SCHOOL ZONE;
   22 DC Code § 4503(a)(1),(b)(1) – UNLAWFUL POSSESSION OF A FIREARM (PRIOR CONVICTION);
   FORFEITURE: 18 USC § 924(d); 21 USC § 853(p), and 28 USC § 2461(c)

2023.01.2
0 11:01:56
-05'00'

Date:    01/19/2023

*Issuing officer's signature*

City and state:    **WASHINGTON, D.C.**         ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* __1/24/2023__ , and the person was arrested on *(date)* __1/24/2023__<br>at *(city and state)* _____. |
| Date: __1/24/2023__                              *Arresting officer's signature*<br><br>                                  SCOTT D COWN  TFO<br>                                  *Printed name and title* |